IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-21282 GLT |
| | ) | Chapter 13 |
| Tammy L. Moore, | ) | Related to Docket No. 46 |
| *fka Tammy L. Stubbs & Tammy L. Coit,* | ) | |
| Debtor | ) | Hearing: June 30, 2021 at 11 a.m. |
| | ) | Response Due: June 14, 2021 |

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 18, 2021, a true and correct copy of the *Order Converting Case Under Chapter 13 to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.


Date of Service:    May 18, 2021        /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com

```
Label Matrix for local noticing          AHN-Physicians                            ARS National Service Inc.
0315-2                                   c/o CMC                                   PO Box 469046
Case 20-21282-GLT                        2121 Noblestown Road                      Escondido, CA 92046-9046
WESTERN DISTRICT OF PENNSYLVANIA         PO Box 16346
Pittsburgh                               Pittsburgh, PA 15242-0346
Tue May 18 08:58:37 EDT 2021

AT&T*                                    Allegheny Health Ntwork                   Ally Financial
c/o Bankruptcy                           PO Box 645266                             Attn: Bankruptcy
4331 Communications Dr                   Pittsburgh, PA 15264-5250                 Po Box 380901
Flr 4W                                                                             Bloomington, MN 55438-0901
Dallas, TX 75211-1300

Ally Financial                           Ally Financial                            Bureaus Investment Group Portfolio No 15 LLC
P.o. Box 380901                          PO Box 130424                             c/o PRA Receivables Management, LLC
Bloomington, MN 55438-0901               Roseville MN 55113-0004                   PO Box 41021
                                                                                   Norfolk VA 23541-1021


CACH LLC                                 CACH, LLC                                 CC Holdings/CardMember Services
370 17th Street, Suite 5000              Resurgent Capital Services                Attn: Card Services
Denver, CO 80202-5616                    PO Box 10587                              Po Box 9201
                                         Greenville, SC 29603-0587                 Old Bethpage, NY 11804-9001


CC Holdings/CardMember Services/Merrick  CW Nexus Credit Card Holdings l, LLC      Capital One
101 Crossways Park Dr W                  Resurgent Capital Services                Attn: Bankruptcy
Woodbury, NY 11797-2020                  PO Box 10368                              Po Box 30285
                                         Greenville, SC 29603-0368                 Salt Lake City, UT 84130-0285


Capital One                              Cbna                                      Citibank, NA
Po Box 30253                             Attn: Centralized Bankruptcy              Po Box 6217
Salt Lake City, UT 84130-0253            Po Box 790034                             Sioux Falls, SD 57117-6217
                                         St Louis, MO 63179-0034


Clearview Federal Credit Union           Clearview Federal Credit Union            Client Services
8805 University Blvd                     Attn: Bankruptcy                          3451 Harry S. Truman Blvd
Moon, PA 15108-4212                      1453 Beers School Road                    Saint Charles, MO 63301-9816
                                         Moon, PA 15108


Convergent                               Credit Control, LLC                       Credit One Bank
800 SW 39th Street                       5757 Phantom Drive                        Attn: Bankruptcy Department
PO Box 9004                              Suite 330                                 Po Box 98873
Renton, WA 98057-9004                    Hazelwood, MO 63042-2429                  Las Vegas, NV 89193-8873


Credit One Bank                          (p)DSNB MACY S                            Department Stores National Bank
Po Box 98872                             CITIBANK                                  c/o Quantum3 Group LLC
Las Vegas, NV 89193-8872                 1000 TECHNOLOGY DRIVE MS 777              PO Box 657
                                         O FALLON MO 63368-2222                    Kirkland, WA  98083-0657


(p)DIRECTV LLC                           Directv, LLC                              ERC
ATTN BANKRUPTCIES                        by American InfoSource as agent           PO Box 57610
PO BOX 6550                              PO Box 5072                               Jacksonville, FL 32241-7610
GREENWOOD VILLAGE CO 80155-6550          Carol Stream, IL 60197-5072
```

```
FREEDOM MORTGAGE CORPORATION        Freedom Mortgage Corporation       Freedom Mortgage Corporation
FREEDOM MORTGAGE CORP.              907 Pleasant Valley Ave            Attn: Bankruptcy
Bankruptcy Department,              Mount Laurel, NJ 08054-1210        907 Pleasant Valley Ave, Ste 3
10500 KINCAID DRIVE                                                    Mt Laurel, NJ 08054-1210
FISHERS IN 46037-9764


GC Services Limited Patrnership     Mario J. Hanyon                    Hughes Net
PO Box 3026                         Brock & Scott, PLLC                c/o Hughes Network Systems
Houston, TX 77253-3026              302 Fellowship Road                11717 Exploration Lane
                                    Suite 130                          Germantown, MD 20876-2711
                                    Mount Laurel, NJ 08054-1218


Internal Revenue Service            K. Jordan                          Kay Jordan
PO Box 7346                         c/o Creditors Bankruptcy Service   1112 Seventh Avenue
Philadelphia, PA 19101-7346         P.O. Box 800849                    Monroe, WI 53566-1364
                                    Dallas, TX 75380-0849


LVNV Funding LLC                    LVNV Funding, LLC                  Mariner Finance, LLC
200 Meeting Street                  Resurgent Capital Services         8211 Town Center Drive
Suite 206                           PO Box 10587                       Nottingham, MD 21236-5904
Charleston, SC 29401-3187           Greenville, SC 29603-0587


Mariner Finance, LLC                Midland Credit Management, Inc.    Maria Miksich
Attn: Bankruptcy                    PO Box 2037                        KML Law Group, P.C.
8211 Town Center Drive              Warren, MI 48090-2037              701 Market Street
Nottingham, MD 21236-5904                                              Suite 5000
                                                                       Philadelphia, PA 19106-1541


Monroe & Main                       Monroe & Main                      Tammy L. Moore
1112 7th Avenue                     c/o Creditors Bankruptcy Service   2524 Blacks Lane
Monroe, WI 53566-1364               P.O. Box 800849                    New Kensington, PA 15068-5009
                                    Dallas, TX 75380-0849


Brian Nicholas                      Office of the United States Trustee PRA Receivables Management, LLC
KML Law Group, P.C.                 Liberty Center.                    PO Box 41021
701 Market Street                   1001 Liberty Avenue, Suite 970     Norfolk, VA 23541-1021
Suite 5000                          Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


Pennsylvania Department of Revenue  Pennsylvania Dept. of Revenue      Peoples Gas Company LLC, f/k/a Peoples TWP L
Bankruptcy Division                 Department 280946                  c/o S. James Wallace, P.C.
P.O. Box 280946                     P.O. Box 280946                    845 N. Lincoln Ave.
Harrisburg, PA 17128-0946           ATTN: BANKRUPTCY DIVISION          Pittsburgh, PA 15233-1828
                                    Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Shope Your Way                    Kenneth Steidl
PO BOX 41067                        PO Box 6276                        Steidl & Steinberg
NORFOLK VA 23541-1067               Sioux Falls, SD 57117-6276         Suite 2830 Gulf Tower
                                                                       707 Grant Street
                                                                       Pittsburgh, PA 15219-1908


Stoneberry                          Stoneberry                         Lisa M. Swope, Chapter 7 Trustee
P.O. Box 2820                       c/o Creditors Bankruptcy Service   Neugebauer & Swope, P.C.
Monroe, WI 53566-8020               P.O. Box 800849                    219 South Center Street
                                    Dallas, TX 75380-0849              P. O. Box 270
                                                                       Ebensburg, PA 15931-0270
```

| | | |
|---|---|---|
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po B 965064<br>Orkando, FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Venus<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 | (d)Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Direct TV*<br>PO Box 6550<br>Greenwood Village, CO 80155-6550 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    66
Bypassed recipients     1
Total                  67