FILED
5/17/21 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-21282-GLT |
| | : | |
| **TAMMY L. MOORE,** | : | Related to Dkt. No. 41 |
| **fka Tammy L. Stubbs & Tammy L. Coit**, | : | |
| | : | |
| *Debtor,* | : | Hearing: **June 30, 2021 at 11 a.m.** |
| | : | Response due: June 14, 2021 |

### ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT

The Debtor filed a motion to convert her chapter 13 case in accordance with 11 U.S.C. §1307(a) to a case under chapter 7 of title 11 of the U.S. Code.

Based upon the foregoing, it hereby is **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **June 14, 2021**, any party-in-interest who challenges the good faith of the conversion shall file a motion setting forth the basis of the challenge and specifically identifying the relief requested.

2. The wage attachment issued in this case are immediately terminated. The Debtor shall serve a copy of this order on the employer.

3. On or before **June 1, 2021**, the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion as required by FED. R. BANKR. P. 1019(5)(B)(i).

4. On or before **June 1, 2021,** the Debtor shall file the statements and schedules required by FED. R. BANKR. P. 1019(1)(A) and 1007(b), if such documents have not already been filed.

5. On or before **June 16, 2021**, the Debtor shall file a statement of intention with respect to the retention or surrender of estate property securing a debt, as required by 11 U.S.C. §521(a)(2) and FED. R. BANKR. P. 1019(1)(B) and conforming to Official Form 8.

6. The chapter 13 trustee shall immediately turn over to the chapter 7 trustee all records and property of the estate remaining in her custody and control, as required by FED. R. BANKR. P. 1019(4), except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

7. On or before **July 16, 2021**, the chapter 13 trustee shall file an accounting of all receipts and distributions made using UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account. Once the she has done so, the chapter 13 trustee is discharged from her duties in this case. The Court retains jurisdiction over the final report and account.

8. If the case is converted after the confirmation of a plan, then on or before **June 16, 2021**, the Debtor shall file:

    a. A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(5)(C)(i);

    b. A schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, as required by FED. R. BANKR. P. 1019(5)(C)(ii); and

    c. A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(5)(C)(iii).

    The schedule of claimants under subsection (b) of this paragraph shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the FED. R. BANKR. P. 1019 Report.

9. If the Debtor fails to timely file the documents required by this *Order* and FED. R. BANKR. P. 1019, a status conference shall be held on **June 30, 2021 at 11 a.m.** before Judge Taddonio to determine whether additional measures are necessary to compel compliance.

10. The hearing will be held via Zoom video conference. All Parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information no later than **4 p.m.** on the business day prior to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), which can be found at http://www.pawb.uscourts.gov/sites/default/files/pds/glt-proc-appearances.pdf

11. The Clerk of Court shall send the notice required by FED. R. BANKR. P. 1019(6). If the report and schedules per paragraphs 3, 8(b), and 8(c) of this *Order* are filed in time for the Clerk to include postpetition creditors in the § 341 notice mailing, the Clerk shall include them in that mailing. Otherwise, the Clerk shall send the notice required by FED. R. BANKR. P. 1019(6) **within ten days of the filing of the report and schedules**.

2

12. On or before **July 1, 2021**, all chapter 13 fee petitions by any professional shall be filed. Any fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case," and its hearing shall be self-scheduled on Judge Taddonio's chapter 13 motions calendar.

13. On or before **May 24, 2021**, counsel for the Debtor shall serve a copy of this *Order* on all creditors in the case and file a Certificate of Service.

Dated: May 17, 2021

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Tammy L. Moore
Kenneth Steidl, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tammy L. Moore  
    Debtor

Case No. 20-21282-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Moore, 2524 Blacks Lane, New Kensington, PA 15068-5009 |
| | + | Ronda J. Winnecour, Esq., 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, US 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Tammy L. Moore julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8