**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TAMMY L. MOORE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:20-21282 GLT <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/17/2020 and confirmed on 07/02/2020 . The case was subsequently     (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 14,670.92 |
| Less Refunds to Debtor | 1,291.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,379.92 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,294.39 | |
| Trustee Fee | 1,024.21 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,318.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP <br> Acct: 3278 | 0.00 | 7,369.29 | 0.00 | 7,369.29 |
| MARINER FINANCE LLC <br> Acct: 3457 | 1,244.44 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORP <br> Acct: 3278 | 3,957.66 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*) <br> Acct: 3144 | 11,766.10 | 1,974.65 | 717.38 | 2,692.03 |
| | | | | 10,061.32 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TAMMY L. MOORE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 9243 | 806.50 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG <br> Acct: | 3,400.00 | 2,294.39 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | TAMMY L. MOORE | 1,291.00 | 1,291.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7829 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3606 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFOL | 653.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 6998 | | | | |
| | CW NEXUS CREDIT CARD HOLDINGS I LLC | 2,743.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 8142 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 722.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 6173 | | | | |
| | CLEARVIEW FCU** | 3,777.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 2734 | | | | |
| | CLEARVIEW FCU** | 2,693.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 2734 | | | | |
| | LVNV FUNDING LLC | 2,003.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 6126 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,423.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 5695 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURCE | 371.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 4345 | | | | |
| | HUGHES NETWORK SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | K JORDAN | 217.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 1B2J | | | | |
| | LVNV FUNDING LLC | 1,217.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 2545 | | | | |
| | MARINER FINANCE LLC | 9.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3457 | | | | |
| | MONROE & MAIN | 1,053.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 8110 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0368 | | | | |
| | SHOP YOUR WAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6173 | | | | |
| | STONEBERRY | 652.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1C2G | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 919.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 9969 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8581 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9969 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 972.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 6888 | | | | |
| | ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 20-21282 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|   CREDIT CONTROL LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   LVNV FUNDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8246 | | | | | |
|   S JAMES WALLACE ESQ** | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLP | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 10,061.32 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 806.50 | |
| SECURED | 16,968.20 | |
| UNSECURED | 19,429.49 | |

Date: 05/26/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com