IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-21282 GLT |
| | ) | Chapter 7 |
| Tammy L. Moore, | ) | Related to Dkt No. 46 |
| Fka Tammy L. Stubbs & Tammy L. Coit, | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 28, 2021, a true and correct copy of the *Order Converting Case Under Chapter 13 to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, and Terminating Wage Attachment* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

The attached mailing matrix.

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: <u>May 28, 2021</u>

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

Label Matrix for local noticing
0315-2
Case 20-21282-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri May 28 14:36:17 EDT 2021

AHN-Physicians
c/o CMC
2121 Noblestown Road
PO Box 16346
Pittsburgh, PA 15242-0346

ARS National Service Inc.
PO Box 469046
Escondido, CA 92046-9046

AT&T*
c/o Bankruptcy
4331 Communications Dr
Flr 4W
Dallas, TX 75211-1300

Allegheny Health Ntwork
PO Box 645266
Pittsburgh, PA 15264-5250

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

CACH LLC
370 17th Street, Suite 5000
Denver, CO 80202-5616

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CC Holdings/CardMember Services
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804-9001

CC Holdings/CardMember Services/Merrick
101 Crossways Park Dr W
Woodbury, NY 11797-2020

CW Nexus Credit Card Holdings 1, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Cbna
Attn: Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank, NA
Po Box 6217
Sioux Falls, SD 57117-6217

Clearview Federal Credit Union
8805 University Blvd
Moon, PA 15108-4212

Clearview Federal Credit Union
Attn: Bankruptcy
1453 Beers School Road
Moon, PA 15108

Client Services
3451 Harry S. Truman Blvd
Saint Charles, MO 63301-9816

Convergent
800 SW 39th Street
PO Box 9004
Renton, WA 98057-9004

Credit Control, LLC
5757 Phantom Drive
Suite 330
Hazelwood, MO 63042-2429

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL 60197-5072

ERC
PO Box 57610
Jacksonville, FL 32241-7610

FREEDOM MORTGAGE CORPORATION
FREEDOM MORTGAGE CORP.
Bankruptcy Department,
10500 KINCAID DRIVE
FISHERS IN 46037-9764

Freedom Mortgage Corporation
907 Pleasant Valley Ave
Mount Laurel, NJ 08054-1210

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054-1210

GC Services Limited Patrnership
PO Box 3026
Houston, TX 77253-3026

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054-1218

Hughes Net
c/o Hughes Network Systems
11717 Exploration Lane
Germantown, MD 20876-2711

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

K. Jordan
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Kay Jordan
1112 Seventh Avenue
Monroe, WI 53566-1364

LVNV Funding LLC
200 Meeting Street
Suite 206
Charleston, SC 29401-3187

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Monroe & Main
1112 7th Avenue
Monroe, WI 53566-1364

Monroe & Main
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Tammy L. Moore
2524 Blacks Lane
New Kensington, PA 15068-5009

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Gas Company LLC, f/k/a Peoples TWP L
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Shope Your Way
PO Box 6276
Sioux Falls, SD 57117-6276

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Stoneberry
P.O. Box 2820
Monroe, WI 53566-8020

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931-0270

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po B 965064
Orkando, FL 32896-5064

Synchrony Bank/ JC Penneys
Po Box 965007
Orlando, FL 32896-5007


UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

USDOE/GLELSI
2401 International Lane
Madison, WI 53704-3121

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860


Venus
PO Box 182125
Columbus, OH 43218-2125

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

(d)Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Direct TV*
PO Box 6550
Greenwood Village, CO 80155-6550


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    67
Bypassed recipients     1
Total                  68