**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−21282−GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Tammy L. Moore
fka Tammy L. Stubbs, fka Tammy L. Coit
2524 Blacks Lane
New Kensington, PA 15068

Social Security No.:
xxx−xx−9243

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Telephone number: 814−472−7151

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
August 6, 2021
10:00 AM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 6/25/21

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tammy L. Moore  
Debtor

Case No. 20-21282-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 4  
Date Rcvd: Jun 25, 2021     Form ID: rsc     Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Moore, 2524 Blacks Lane, New Kensington, PA 15068-5009 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15231363 | + | Allegheny Health Ntwork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15231373 | + | CC Holdings/CardMember Services/Merrick, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 15231377 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Moon, PA 15108 |
| 15257002 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15231387 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15231388 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15231389 | + | GC Services Limited Patrnership, PO Box 3026, Houston, TX 77253-3026 |
| 15231392 | + | Kay Jordan, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15231393 | + | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15231394 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15231395 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15231398 | | Shope Your Way, PO Box 6276, Sioux Falls, SD 57117-6276 |
| 15380451 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15231402 | + | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15231403 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2021 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2021 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 25 2021 23:28:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231362 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 25 2021 23:31:00 | AHN-Physicians, c/o CMC, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15231366 | | Email/Text: legal@arsnational.com | Jun 25 2021 23:30:00 | ARS National Service Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 15231367 | + | Email/Text: g17768@att.com | Jun 25 2021 23:29:00 | AT&T*, c/o Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 15231365 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15240461 | | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15231364 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, P.o. Box 380901, Bloomington, |

Case 20-21282-GLT   Doc 68   Filed 06/27/21   Entered 06/28/21 00:30:06   Desc Imaged
                              Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: rsc | Total Noticed: 62 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | MN 55438-0901 |
| 15244634 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 25 2021 23:29:18 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15231368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:29:08 | CACH LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 15256872 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:29:19 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231372 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2021 23:28:21 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15237978 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2021 23:29:16 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15231370 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:28:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15231369 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:17 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15231371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:09 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15231374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:28:32 | Citibank, NA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15231375 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 25 2021 23:30:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon, PA 15108-4212 |
| 15231378 | + | Email/Text: mediamanagers@clientservices.com | Jun 25 2021 23:29:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15231379 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 25 2021 23:31:00 | Convergent, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 15231380 | + | Email/Text: clientservices@credit-control.com | Jun 25 2021 23:30:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15231382 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2021 23:29:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15231381 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2021 23:29:17 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15231385 | | Email/Text: G06041@att.com | Jun 25 2021 23:31:00 | Direct TV*, PO Box 6550, Greenwood Village, CO 80155-6550 |
| 15231383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:18 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15231384 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:28:32 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15254606 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2021 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15234834 | + | Email/Text: G06041@att.com | Jun 25 2021 23:31:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15231386 | + | Email/Text: bknotice@ercbpo.com | Jun 25 2021 23:30:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 15231390 | + | Email/Text: BankruptcyNotices@hughes.com | Jun 25 2021 23:29:00 | Hughes Net, c/o Hughes Network Systems, 11717 Exploration Lane, Germantown, MD 20876-2711 |
| 15231391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2021 23:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15242862 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2021 23:29:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15232747 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:29:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15252080 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2021 23:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15231396 | | Email/Text: bankruptcy@sccompanies.com | Jun 25 2021 23:31:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15242861 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2021 23:31:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231397 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2021 23:29:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15245402 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2021 23:29:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15231399 | | Email/Text: bankruptcy@sccompanies.com | Jun 25 2021 23:29:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15242864 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2021 23:29:06 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231706 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231401 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:55 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15231400 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:20 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15231404 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:06 | Venus, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15231376 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Moon, PA 15108-4212 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021     Signature:    /s/Joseph Speetjens

District/off: 0315-2 | User: dkam | Page 4 of 4
Date Rcvd: Jun 25, 2021 | Form ID: rsc | Total Noticed: 62

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Tammy L. Moore julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8