## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>TAMMY L. MOORE<br>FKA TAMMY L. STUBBS<br>FKA TAMMY L. COIT<br>    Debtor | Case No. 20-21282-GLT |
| FREEDOM MORTGAGE CORPORATION<br><br>    Movant | Chapter 7<br><br>Hearing Date: 08/26/2021<br><br>Hearing Time: 10:00 am<br><br>Objection Date: 08/19/2021 |
| vs.<br>TAMMY L. MOORE<br>FKA TAMMY L. STUBBS<br>FKA TAMMY L. COIT<br>    and<br>LISA M SWOPE, CHAPTER 7 TRUSTEE<br>    Respondents | 11 U.S.C. §362 |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Freedom Mortgage Corporation FOR RELIEF FROM THE AUTOMATIC STAY (*MODIFIED PROCEDURES FOR REMOTE PARTICIPATION*) EFFECTIVE OCTOBER 1, 2020**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 08/19/2021, i.e., more than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **video conference** hearing will be held on **08/26/2021 at 10:00 am** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Mailing or other service: July 29, 2021

/s/ Mario Hanyon
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com