# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>TAMMY L. MOORE<br>FKA TAMMY L. STUBBS<br>FKA TAMMY L. COIT<br>    Debtor | Case No. 20-21282-GLT |
| FREEDOM MORTGAGE CORPORATION<br><br>    Movant | Chapter 7<br><br>  Hearing Date: 08/26/2021<br><br>  Hearing Time: 10:00 am<br><br>  Objection Date: 08/19/2021 |
| vs.<br>TAMMY L. MOORE<br>FKA TAMMY L. STUBBS<br>FKA TAMMY L. COIT<br>    and<br>LISA M SWOPE, CHAPTER 7 TRUSTEE<br>    Respondents | 11 U.S.C. §362 |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>July 29, 2021</u>.

The types of service made on the parties were: Electronic Notification and First Class Mail.

SERVICE BY FIRST CLASS MAIL:

TAMMY L. MOORE
2524 BLACKS LANE
NEW KENSINGTON, PA 1506

KENNETH STEIDL
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

SERVICE BY ELECTRONIC NOTIFICATION:

KENNETH STEIDL
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

LISA M. SWOPE, CHAPTER 7 TRUSTEE
NEUGEBAUER & SWOPE, P.C.
219 SOUTH CENTER STREET
P. O. BOX 270
EBENSBURG, PA 15931
LMS@NSSLAWFIRM.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

July 29, 2021

/s/ Mario Hanyon
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com