IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| TAMMY L. MOORE | : Bankruptcy No. 20-21282-GLT |
| Debtor | : Chapter 7 |
| Freedom Mortgage Corporation | : Document No. 71 |
| Movant | : Hearing Date & Time: 08/26/21 @ 10:00 AM |
| | : |
| v. | : |
| TAMMY L. MOORE | : |
| and | |
| Lisa M Swope, ESQUIRE (TRUSTEE) | |
| Respondents | : |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM STAY MOTION FOR RELIEF FROM STAY (DE 71)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 29, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 20, 2021    By: /s/Mario Hanyon
                              Signature

                              Mario Hanyon
                              Typed Name

                              302 Fellowship Road, Ste 130
                              Mount Laurel, NJ 08054
                              Address

                              844-856-6646 x4560
                              Phone No.

                              Pennsylvania Bar Number 203993
                              List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**