| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tammy L. Moore** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9243 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20–21282–GLT** | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Tammy L. Moore
  fka Tammy L. Stubbs, fka Tammy L. Coit

<u>8/25/21</u>                                                           **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21282-GLT |
| Tammy L. Moore | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Moore, 2524 Blacks Lane, New Kensington, PA 15068-5009 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15231363 | + | Allegheny Health Ntwork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15231373 | + | CC Holdings/CardMember Services/Merrick, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 15231377 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Moon, PA 15108 |
| 15257002 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15231387 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15231388 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15231389 | + | GC Services Limited Patrnership, PO Box 3026, Houston, TX 77253-3026 |
| 15231392 | + | Kay Jordan, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15231393 | + | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15231394 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15231395 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15231398 | | Shope Your Way, PO Box 6276, Sioux Falls, SD 57117-6276 |
| 15231402 | + | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15231403 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 26 2021 03:33:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 26 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231362 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 25 2021 23:23:00 | AHN-Physicians, c/o CMC, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15231366 | | EDI: ARSN.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 26 2021 03:33:00 | ARS National Service Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 15231367 | + | EDI: ATTWIREBK.COM | Aug 26 2021 03:33:00 | AT&T*, c/o Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 15231365 | + | EDI: GMACFS.COM | Aug 26 2021 03:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15240461 | | EDI: GMACFS.COM | Aug 26 2021 03:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15231364 | + | EDI: GMACFS.COM | Aug 26 2021 03:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15244634 | + | EDI: RECOVERYCORP.COM | Aug 26 2021 03:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15231368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:23:30 | CACH LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 15256872 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:23:50 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231372 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2021 23:23:38 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15237978 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2021 23:23:29 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15231370 | + | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15231369 | + | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15231371 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15231374 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank, NA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15231375 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 25 2021 23:23:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon, PA 15108-4212 |
| 15231378 | + | Email/Text: mediamanagers@clientservices.com | Aug 25 2021 23:22:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15231379 | + | EDI: CONVERGENT.COM | Aug 26 2021 03:33:00 | Convergent, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 15231380 | + | Email/Text: clientservices@credit-control.com | Aug 25 2021 23:23:25 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15231382 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 23:23:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15231381 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 23:23:29 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15231385 | | EDI: DIRECTV.COM | Aug 26 2021 03:33:00 | Direct TV*, PO Box 6550, Greenwood Village, CO 80155-6550 |
| 15231383 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15231384 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15254606 | | EDI: Q3G.COM | Aug 26 2021 03:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15234834 | + | EDI: DIRECTV.COM | Aug 26 2021 03:33:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15231386 | + | Email/Text: bknotice@ercbpo.com | Aug 25 2021 23:23:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 15231390 | + | Email/Text: BankruptcyNotices@hughes.com | Aug 25 2021 23:22:00 | Hughes Net, c/o Hughes Network Systems, 11717 Exploration Lane, Germantown, MD 20876-2711 |
| 15231391 | | EDI: IRS.COM | Aug 26 2021 03:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15242862 | + | EDI: CBSMASON | Aug 26 2021 03:33:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15232747 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:23:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15252080 | + | EDI: MID8.COM | Aug 26 2021 03:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15231396 | | EDI: CBS7AVE | Aug 26 2021 03:33:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15242861 | + | EDI: CBS7AVE | Aug 26 2021 03:33:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231397 | | EDI: PRA.COM | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15245402 | | EDI: PRA.COM | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15231399 | | EDI: CBSMASON | Aug 26 2021 03:33:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15242864 | + | EDI: CBSMASON | Aug 26 2021 03:33:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231706 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231401 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15231400 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15380451 | | EDI: WFFC.COM | Aug 26 2021 03:33:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15231404 | | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | Venus, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15231376 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Moon, PA 15108-4212 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Tammy L. Moore julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8